FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 5 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

REDACTED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>    Plaintiff,<br><br>    vs.<br><br>IGOR OLENICOFF, OLEN PROPERTIES CORP., and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 8:12-CV-02077-AG-RNB<br><br>SPECIAL VERDICT |

We, the jury, answer the questions submitted to us as follows:

**Question 1:** Is plaintiff the owner of a valid copyright? Please answer "Yes" or "No."

Yes __✓__   No _____

If your answer to Question 1 is "Yes," then answer Question 2. If your answer to Question 1 is "No," then answer no further questions and have the presiding juror sign and date this form.

**Question 2:** Did defendants copy original elements from the copyrighted work? Please answer "Yes" or "No" as to each defendant.

IGOR OLENICOFF:              Yes __✓__  No _____
OLEN PROPERTIES CORP.:   Yes __✓__  No _____

1

SPECIAL VERDICT

Answer Question 3.

**Question 3:** Did defendants profit directly from the infringing activity of any third party? Please answer "Yes" or "No" as to each defendant.

IGOR OLENICOFF: Yes ✓ No ____
OLEN PROPERTIES CORP.: Yes ✓ No ____

If your answer to Question 3 is "Yes" as to both defendants, then answer Question 4. If your answer to Question 3 is "Yes" as to one defendant only, then answer Question 4 as to that defendant only. If your answer to Question 3 is "No" as to both defendants then skip to and answer Question 5.

**Question 4:** Did defendants have the right and ability to supervise or control the infringing activity of any third party?

IGOR OLENICOFF: Yes ✓ No ____
OLEN PROPERTIES CORP.: Yes ✓ No ____

Answer Question 5.

**Question 5:** Did defendants know or have reason to know of the infringing activity of any third party? Please answer "Yes" or "No" as to each defendant.

IGOR OLENICOFF: Yes ✓ No ____
OLEN PROPERTIES CORP.: Yes ✓ No ____

If your answer to Question 5 is "Yes" as to both defendants, then answer Question 6. If your answer to Question 5 is "Yes" as to one defendant only, then answer Question 6 as to that defendant only. If your answer to Question 5 is "No" as to both defendants then skip to and answer Question 7.

**Question 6:** Did defendants intentionally induce or materially contribute to the infringing activity of any third party?

SPECIAL VERDICT

| | | |
|---|---|---|
| 1 | IGOR OLENICOFF: | Yes ✓   No ____ |
| 2 | OLEN PROPERTIES CORP.: | Yes ✓   No ____ |

If you have answered "Yes" as to any defendant in Questions 2, 4, and/or 6, then answer Question 7. Otherwise, answer no further questions and have the presiding juror sign and date this form.

**Question 7**: Did plaintiff know, or should plaintiff have known, of the facts giving rise to this copyright infringement action before November 30, 2009? Please answer "Yes" or "No."

Yes ____   No ✓

If you have answered "No" to Question 7, then answer Question 8. If you have answered "Yes" to Question 7, then answer no further questions and have the presiding juror sign and date this form.

**Question 8**: What are plaintiff's actual damages suffered as a result of the infringement? $ 450,000.00 .

Please have the presiding juror sign and date this form.

DATED: 6/5/2014

_____
Presiding Juror

3

SPECIAL VERDICT