FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL - 6 2015
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

*NOTE CHANGES BY THE COURT*

| | |
|---|---|
| DONALD WAKEFIELD, | Case No. SACV12-2077 AG (RNBx) |
| Plaintiff, | Assigned to the Hon. Andrew Guilford |
| v. | **JUDGMENT** |
| IGOR OLENICOFF and OLEN PROPERTIES CORP., | |
| Defendants, | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

For the reasons set forth in this Court's Order dated March 30, 2015 (Dkt. #120), Plaintiff Donald Wakefield is hereby granted judgment in his favor against Defendants Igor Olenicoff and Olen Properties Corp. on Plaintiff's claim for a permanent injunction.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that:

(1) *After receiving actual notice of the injunction by personal service or otherwise* Defendants, their officers, agents, servants, employees, and attorneys, who are in active concert with Defendants, are PERMANENTLY ENJOINED from infringing Plaintiff's copyrighted work known as *Untitled*; and

(2) Defendants are ORDERED to remove any and all photographs of the infringing works, *Human Nature's Many Faces* and *A Tear Must Fall*, from their websites, within one (1) month of entry of this Judgment; and

(3) Defendants are further ORDERED to destroy all copies of *Human Nature's Many Faces* and *A Tear Must Fall*, exclusive of the bases and the stainless steel tear drops in *A Tear Must Fall*, within eight (8) months of entry of this Judgment; and

(4) Within eight (8) months of entry of this Judgment, Defendants must file with the

Court and serve on Plaintiff a writing under oath declaring that they have complied with this destruction requirement and providing specific details of such compliance, including either videotape or date-stamped photographs showing the destruction; and

SO ORDERED: By: _____
Hon. Andrew J. Guilford

DATED: JULY 6, 2015

p:\11500\11550\pleadings\proposed judgment 4-24-15.docx

(5) The sculpture located at 7 Corporate Plaza Drive, Newport Beach, California, is not included in this injunction to destroy infringing work; and

(6) The Court expects strict compliance with this Judgment, unless the parties mutually agree otherwise.