FILING FEES – L.R. 54-3.1

**KUZNETSKY LAW GROUP, P.C.** 10-10
10 UNIVERSAL CITY PLAZA, SUITE 2000
UNIVERSAL CITY, CA 91608
(818) 753-2450

1400

CITY NATIONAL BANK
UNIVERSAL CITY 818-487-1040
4605 LANKERSHIM BLVD
N HOLLYWOOD, CA 91602
16-1608/1220

11/29/2012

PAY TO THE
ORDER OF    Clerk, U.S. District Court

$    **350.00

Three Hundred Fifty and 00/100****************************************************************************    DOLLARS

Clerk, U.S. District Court

AUTHORIZED SIGNATURE

MEMO    Wakefield v. Olenicoff

MP

Security Features Included    Details on Back.

SERVICE OF PROCESS FEES – L.R. 54-3.2

<u>Fees for Service of Process – L.R. 54-3.2</u>

| | | |
|---|---|---|
| 11/30/12 | Service of Lawsuit on Defendants (Wakefield Lawsuit 8:12-cv-02077-AG-RNB) | $ 43.00 |
| 6/1/13 | Service on John Leon a/k/a John Liang (Split Between 2 cases Donald Wakefield - 8:12-cv-02077-AG-RNB and John Raimondi v. Igor Olenicoff, et al. - 8:12-cv-02094-AG-RNB Case), therefore ½ of total bill of $75.00 = | 37.50 |
| 8/24/13 | Service on John Leon a/k/a John Liang (Split Between 2 cases Donald Wakefield - 8:12-cv-02077-AG-RNB and John Raimondi v. Igor Olenicoff, et al. - 8:12-cv-02094-AG-RNB Case), therefore ½ of total bill of $75.00 = | 37.50 |
| 10/22/13 | Service on Emily Keller (Split Between 2 cases Donald Wakefield - 8:12-cv-02077-AG-RNB and John Raimondi v. Igor Olenicoff, et al. - 8:12-cv-02094-AG-RNB Case), Only service portion $125.00 of total bill ($230.72) applies, but as it was split between both cases ½ of $125.00 = | 62.50 |
| 10/30/13 | Service on John Liang (Split Between 2 cases Donald Wakefield - 8:12-cv-02077-AG-RNB and John Raimondi v. Igor Olenicoff, et al. - 8:12-cv-02094-AG-RNB Case), Only $75.00 of total bill ($305.00) applies, but as it was split between both cases ½ of of $75.00 = | 37.50 |
| 5/8/14 | Service on Emily Keller (Split Between 2 cases Donald Wakefield - 8:12-cv-02077-AG-RNB and John Raimondi v. Igor Olenicoff, et al. - 8:12-cv-02094-AG-RNB Case), Only service portion $90.00 of total bill ($207.41) applies, but as it was split between both cases ½ of $90.00 = | 45.00 |
| | TOTAL UNDER L.R. 54-3.2 | $    263.00 |

# NOW LEGAL SERVICES

PO BOX 26266
LOS ANGELES, CA 90026

**INVOICE**

| | |
|---|---|
| Invoice #: | 5570 |
| Account #: | 4340N |
| Billing Thru: | 11/30/12 |
| Page: | 1 |
| Branch: | NOW |

Please direct all inquiries within 7 days to:
Phone #: (213) 202-6035
Email: PROCESSSTATUSINFO@GMAIL.COM

| Amount Remitted | $ |
|---|---|

*#1415*

KUZNETSKY LAW GROUP
Attn: ACCOUNTS PAYABLE
6565 SUNSET BOULEVARD Suite 311
LOS ANGELES, CA 90028

Please Remit To:
NOW LEGAL SERVICES
PO BOX 26266
LOS ANGELES, CA 90026

PLEASE RETURN THIS PORTION WITH PAYMENT

| Order Info | Reference | Origin | Destination | Base Chg | Surcharges | Total |
|---|---|---|---|---|---|---|
| 186919<br>MICHAEL KU<br>11/30/12 | WAKEFIELD | KUZNETSKY LAW GROUP<br>6565 SUNSET BLVD<br>HOLLYWOOD, CA 90028<br>PCS     WT     1 DEL  13:00 | USDC CIVIL<br>312 N. SPRING STREET<br>LOS ANGELES, CA 90012<br>SIGN FILED/186920 | 30.00<br>S/D FILING<br>TOS: WD | | 30.00 |
| 186920<br>MICHAEL KU<br>11/30/12 | WAKEFIELD | USDC CIVIL<br>312 N. SPRING STREET<br>LOS ANGELES, CA 90012<br>PCS     WT     1 DEL  15:00 | KUZNETSKY LAW GROUP<br>6565 SUNSET BLVD<br>HOLLYWOOD, CA 90028<br>SIGN MICHAEL KUZNETSKY | 13.00<br>REG N<br>TOS: WD | | 13.00 |
| | | | | | WAKEFIELD SUBTOTAL | 43.00 |
| | WAKEFIELD | | *** SUMMARY SUB TOTALS ***<br>Number of Deliveries: 2 | | SUBTOTAL | 43.00 |
| | | | | *** | FEE CHARGE CODES ***<br>SV  Service | 43.00 |

**NOW LEGAL SERVICES PO BOX 26266 LOS ANGELES, CA 90026**

| | |
|---|---|
| Invoice #: | 5570 |
| Account #: | 4340N |
| Billing Thru: | 11/30/12 |
| Page: | 1 |
| Branch: | NOW |

Due within 30 Days of Invoice.

A Finance Charge of 1.5% will be charged on past due accounts. Legal Fees will be Assessed.

| Total Charges This Invoice | 43.00 |
|---|---|
| Finance Charge Per Terms | 0.00 |
| Invoice Total | 43.00 |

Printed-12/03/12 17:15     TO INSURE PROPER POSTING TO YOUR ACCOUNT PLEASE WRITE YOUR ACCOUNT NUMBER OR INVOICE NUMBER ON YOUR REMITTANCE.



# TRI-COUNTY ATTORNEY SERVICE

Attention: Michael
KUZNETSKY* LAW GROUP
6565 SUNSET BOULEVARD SUITE 311
Hollywood CA 90028

| Saturday June 01, 2013 | *INVOICE* | KUZN.40877 |
|---|---|---|

Client Matter #: none given; e-mail
Case #: SACV12-2077-AG(RNBx)
Court: United States District Court
Title: Wakefield, Donald vs. Olenicoff, Igor
Documents: CIVIL SUBPENA FOR PERSONAL APPEARANCE AT TRIAL OR HEARING

| Date | Description | Amount |
|---|---|---|
| 06/01/13 09:20AM | Personal Service: JOHN LEON AKA JOHN LIANG, AT Home 600 W. Huntington Drive #E ARCADIA, CA 91007, by serving: John Liang - A/A, Served By: CARL LUNDGREN. | |
| 06/01/13 | Service Of Process | 75.00 |
| 07/31/13 | Payment, Check Number: 1520, Thank You! | -75.00 |

**PLEASE PAY FROM THIS INVOICE**
  **INCLUDE INVOICE NUMBER**
    **(Top Right) ON CHECK**
**THANK YOU FOR YOUR BUSINESS**

      **0.00**



# TRI-COUNTY ATTORNEY SERVICE

Attention: Michael
KUZNETSKY* LAW GROUP
6565 SUNSET BOULEVARD SUITE 311
Hollywood CA 90028

| Saturday August 24, 2013 | *I N V O I C E* | KUZN.41236 |
|---|---|---|

Client Matter #: none given; e-mail
Case #: SACV12-2077-AG(RNBx)
Court: United States District Court
Title: Wakefield, Donald vs. Olenicoff, Igor
Documents: Application For OSC re Contempt; DEclaration of Michael D. Kuznetsky; Declaration of Donald Wakefield

| Date | Description | Amount |
|---|---|---|
| 08/24/13 07:58AM | Personal Service: JOHN LEON AKA JOHN LIANG, AT Home 600 W. Huntington Drive #E ARCADIA, CA 91007, Served By: CARL LUNDGREN. | |
| 08/26/13 | Service Of Process | 75.00 |
| 12/06/13 | Payment, Check Number: CC, Thank You! | -75.00 |

**PLEASE PAY FROM THIS INVOICE**                                                      **0.00**
   **INCLUDE INVOICE NUMBER**
     **(Top Right) ON CHECK**
**THANK YOU FOR YOUR BUSINESS**



# TRI-COUNTY ATTORNEY SERVICE

Attention: Michael
KUZNETSKY* LAW GROUP
6565 SUNSET BOULEVARD SUITE 311
Hollywood CA 90028

| Tuesday October 22, 2013 | *INVOICE* | KUZN.41512 |
|---|---|---|

Client Matter #: none given; e-mail
Case #: SACV12-2094-AG(RNBx)
Court: United States District Court
Title: Raimondi, John vs. Olenicoff, Igor
Documents: Subpoena To Testify At A Deposition In A Civil Action

| Date | Description | Amount |
|---|---|---|
| 10/22/13 07:30PM | Personal Service: EMILY KELLER, AT Home 340 16th Place #A COSTA MESA, CA 92627, Served By: ALAN THOMAS. | |
| 10/22/13 | RUSH CHARGE | 50.00 |
| 10/22/13 | Statewide Process Service | 125.00 |
| 10/22/13 | Advance Witness Fees Check Number: 5555 | 50.65 |
| 10/22/13 | Advance Fee Charge (10% of Advance - $3.00 Min.) | 5.07 |
| 12/06/13 | Payment, Check Number: CC, Thank You! | -230.72 |

**PLEASE PAY FROM THIS INVOICE**                                         0.00
**INCLUDE INVOICE NUMBER**
**(Top Right) ON CHECK**
**THANK YOU FOR YOUR BUSINESS**



# TRI-COUNTY ATTORNEY SERVICE

Attention: Michael
KUZNETSKY* LAW GROUP
6565 SUNSET BOULEVARD SUITE 311
Hollywood CA  90028

| Wednesday October 30,  2013 | *I N V O I C E* | KUZN.41611 |
| --- | --- | --- |

Client Matter #:  none given; e-mail
Case #:  SACV12-2077-AG(RNBx)
Court:  United States District Court
Title:  Wakefield, Donald vs. Olenicoff, Igor
Documents:  Order Granting Application For Order To Show Cause

| Date | Description | Amount |
| --- | --- | --- |
| 10/30/13 12:00PM | Returned Not Served: JOHN LIANG, AT Home 600 W. Huntington Drive  #E ARCADIA, CA  91007, Returned By: CARL LUNDGREN. | |
| 10/30/13 | ATTEMPTED SERVICE - RESIDENCE | 75.00 |
| 10/30/13 | RUSH CHARGE | 50.00 |
| 10/30/13 | STAKEOUT/SURVEILLANCE (2 Hr. Min.),  .00 Hours, at $.00 | 130.00 |
| 11/13/13 | RUSH CHARGE | 50.00 |

**PLEASE PAY FROM THIS INVOICE**                                                                      305.00
**INCLUDE INVOICE NUMBER**
   **(Top Right) ON CHECK**
**THANK YOU FOR YOUR BUSINESS**

2219 THOUSAND OAKS BLVD #219, Thousand Oaks, CA  91362,  Thousand Oaks, CA  91362
Telephone: 805-497-4300, FAX: 805-497-4308Tax ID: 80-0341502



# TRI-COUNTY ATTORNEY SERVICE

Attention: Michael
KUZNETSKY* LAW GROUP
6565 SUNSET BOULEVARD SUITE 311
Hollywood CA  90028

| **Thursday May 08,  2014** | *INVOICE* | **KUZN.42429** |
| --- | --- | --- |

Client Matter #:  none given; e-mail
Case #:  SACV12-2077-AG(RNBx)
Court:  United States District Court
Title:  Wakefield, Donald vs. Olenicoff, Igor
Documents:  CIVIL SUBPENA FOR PERSONAL APPEARANCE AT TRIAL OR HEARING

| Date | Description | Amount |
| --- | --- | --- |
| 05/08/14 11:35AM | Personal Service: EMILY ANNEMARIE KELLER, AT Home 340 16th Place #A  COSTA MESA, CA  92627, Served By: ALAN THOMAS. | |
| 05/08/14 | RUSH CHARGE | 50.00 |
| 05/08/14 | Service Of Process | 90.00 |
| 05/08/14 | Advance Witness Fees  Check Number: 5555 | 61.28 |
| 05/08/14 | Advance Fee Charge (10% of Advance - $3.00 Min.) | 6.13 |
| 06/26/14 | Payment, Check Number: CC, Thank You! | -207.41 |

**PLEASE PAY FROM THIS INVOICE**
   **INCLUDE INVOICE NUMBER**
     **(Top Right) ON CHECK**
**THANK YOU FOR YOUR BUSINESS**

      **0.00**

DEPOSITION FEES – L.R. 54-3.5

<u>Depositions – L.R. 54-3.5</u>

| | | |
|---|---|---|
| 10/24/13 | Joseph Glickman, Invoice #OC1879226 (Wakefield 8:12-cv-02077-AG-RNB Case Only) | $ 419.90 |
| 11/18/13 | Donald Wakefield, Invoice #OC1898011 (Wakefield Case Only) | 589.90 |
| 11/19/13 | Emily Keller, Invoice #A70B3CD AA (Split Between 2 cases Donald Wakefield - 8:12-cv-02077-AG-RNB and John Raimondi v. Igor Olenicoff, et al. - 8:12-cv-02094-AG-RNB Case), Therefore ½ of total bill of $750.05 = | 375.02 |
| 2/20/14 | Dale Lyon, Invoice #A801734 AA (Split Between Wakefield and Raimondi Cases), Therefore ½ of total bill of $425.80) = | 212.90 |
| 3/28/14 | Bradley E. Lofgren, Invoice #A801B52 AA (Split between Wakefield and Raimondi Cases), Therefore ½ of total bill of $567.50 = | 283.75 |
| 2/22/14 | Dan Rosenfield, Invoice #0C1969859 (Split Between Wakefield and Raimondi Cases), Therefore ½ of total bill of $599.80 = | 299.90 |
| 1/29/14 | Igor Olenicoff, Invoice A70B3BA AA (Split Between Wakefield and Raimondi Cases), Therefore ½ of total bill of $1,181.90) = | <u>590.95</u> |
| | TOTAL | $2,772.32 |
| 3/28/15 | Bradley E. Lofgren Expert Fees, Check #1580 dated March 28, 2014 (Split Between Wakefield and Raimondi Cases, so ½ of total bill of $1,187.50) = | <u>593.75</u> |
| | GRAND TOTAL UNDER 3.5 | $3,366.07 |

**Veritext**
**Western Regional Headquarters**



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**Bill To:** Michael D. Juznetsky, Esq.
Kuznetsky Law Group PC
6565 Sunset Blvd
Ste 311
Hollywood, CA, 90028

| | |
|---|---|
| **Invoice #:** | OC1879226 |
| **Invoice Date:** | 10/24/2013 |
| **Balance Due:** | $0.00 |

| | | |
|---|---|---|
| **Case:** | Donald Wakefield v. Igor Olenicoff, Olen Properties | **Case #:** SACV12-2077 AG (RNBx) |
| **Job #:** | 1741605 \| Job Date: 10/10/2013 \| Delivery: Normal | |
| **Billing Atty:** | Michael D. Juznetsky, Esq. | |
| **Location:** | Residence of Joseph Glickman | |
| | 7770 Starlight Drive \| La Jolla, CA 92037 | |
| **Sched Atty:** | Julie Ault \| Olen Properties | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 88.00 | $290.40 |
| | Exhibits | Per Page | 10.00 | $6.50 |
| | Exhibits - Color | Per Page | 4.00 | $6.00 |
| Joseph Glickman | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $419.90 |
| | **Payment:** | ($419.90) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | OC1879226 |
| **Job #:** | 1741605 |
| **Invoice Date:** | 10/24/2013 |
| **Balance:** | $0.00 |

100688

**Veritext**
**Western Regional Headquarters**



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| | |
|---|---|
| **Bill To:** Michael D. Juznetsky, Esq.<br>Kuznetsky Law Group PC<br>6565 Sunset Blvd<br>Ste 311<br>Hollywood, CA, 90028 | **Invoice #:** OC1898011<br>**Invoice Date:** 11/18/2013<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** Donald Wakefield v. Igor Olenicoff, Olen Properties | **Case #:** SACV12-2077 AG (RNBx) |
| **Job #:** 1741614 \| Job Date: 10/30/2013 \| Delivery: Normal | |
| **Billing Atty:** Michael D. Juznetsky, Esq. | |
| **Location:** Veritext | |
| 20 Corporate Park \| Suite 350 \| Irvine, CA 92606 | |
| **Sched Atty:** Julie Ault \| Olen Properties | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 137.00 | $452.10 |
| | Exhibits | Per Page | 32.00 | $20.80 |
| Donald Wakefield | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $589.90 |
| | **Payment:** | ($589.90) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | OC1898011 |
| **Job #:** | 1741614 |
| **Invoice Date:** | 11/18/2013 |
| **Balance:** | $0.00 |

100688

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Michael D. Kuznetsky
Kuznetsky Law Group, P.C.
6565 Sunset Boulevard
Suite 311
Hollywood, CA 90028-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Jeff Barnes, jbarnes@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| | |
|---|---|
| Setting Firm: | Kuznetsky Law Group, P.C. |
| Taking Attorney: | Michael D. Kuznetsky |
| Case Name: | John Raimondi vs Igor Olenicoff |
| Case No.: | SACV12-2094-AG(RnBx) |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

| INVOICE NO. | A70B3CD AA |
|---|---|
| FIRM NO. | 1236310 |
| INVOICE DATE | 12/16/2013 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Reporter's transcript of the deposition of Emily Annemarie Keller, taken 11/19/2013. | $    750.05 |
| PAYMENT | - 750.05 |
| BALANCE DUE | $    .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - - - - -  Fold and tear at this perforation, then return stub with payment.  - - - - - - - - - - - -

| BALANCE DUE | $    .00 |
|---|---|
| INVOICE NO. | A70B3CD AA |
| FIRM NO. | 1236310 |

For:    Reporter's transcript of the deposition of Emily Annemarie Keller, taken 11/19/2013.

From:   Michael D. Kuznetsky
        Kuznetsky Law Group, P.C.
        6565 Sunset Boulevard
        Suite 311
        Hollywood, CA 90028-

Remit To:   Atkinson-Baker,Inc.
            500 NORTH BRAND BOULEVARD,
            THIRD FLOOR
            GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

---

Michael D. Kuznetsky
Kuznetsky Law Group, P.C.
6565 Sunset Boulevard
Suite 311
Hollywood, CA 90028-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Jeff Barnes, jbarnes@depo.com

ABI'S Federal ID No.:          95-4189037

| | |
|---|---|
| Setting Firm: | Kuznetsky Law Group, P.C. |
| Taking Attorney: | Michael D. Kuznetsky |
| Case Name: | John Raimondi vs Igor Olenicoff |
| Case No.: | SACV12-2094-AG(RnBx) |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

| INVOICE NO. | A801734 AA |
|---|---|
| FIRM NO. | 1236310 |
| INVOICE DATE | 03/11/2014 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Reporter's transcript of the deposition of Dale Lyon, taken 2/20/2014. | $     425.80 |
| PAYMENT | -  425.80 |
| BALANCE DUE | $      .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

---

| BALANCE DUE | $      .00 |
|---|---|
| INVOICE NO. | A801734 AA |
| FIRM NO. | 1236310 |

For:   Reporter's transcript of the deposition of Dale Lyon, taken 2/20/2014.

From:   Michael D. Kuznetsky
Kuznetsky Law Group, P.C.
6565 Sunset Boulevard
Suite 311
Hollywood, CA 90028-

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Michael D. Kuznetsky
Kuznetsky Law Group, P.C.
6565 Sunset Boulevard
Suite 311
Hollywood, CA 90028-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Jeff Barnes, jbarnes@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Kuznetsky Law Group, P.C. | |
|---|---|---|
| Taking Attorney: | Michael D. Kuznetsky | |
| Case Name: | Wakefield vs Olenicoff | |
| Case No.: | SACV12-2077-AG(RNBx) | |
| Claim No.: | | |
| Insurance Co.: | | |
| Insured: | | DOL: |
| Clients Ref.#1: | | |
| Clients Ref.#2: | | |
| Adjuster: | | |

| INVOICE NO. | A801B52 AA |
|---|---|
| FIRM NO. | 1236310 |
| INVOICE DATE | 04/17/2014 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Reporter's transcript of the deposition of Bradley E. Lofgren, MAI, taken 3/28/2014. | $   567.50 |
| PAYMENT | - 567.50 |
| BALANCE DUE | $   .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - Fold and tear at this perforation, then return stub with payment. - - - - - - - -

| BALANCE DUE | $   .00 |
|---|---|
| INVOICE NO. | A801B52 AA |
| FIRM NO. | 1236310 |

For:   Reporter's transcript of the deposition of
Bradley E. Lofgren, MAI, taken 3/28/2014.

From:   Michael D. Kuznetsky
Kuznetsky Law Group, P.C.
6565 Sunset Boulevard
Suite 311
Hollywood, CA 90028-

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.



## VERITEXT
### LEGAL SOLUTIONS

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. (973)410-4049

**Bill To:** Michael D. Kuznetsky
Kuznetsky Law Group PC
6565 Sunset Blvd
Ste 311
Hollywood, CA 90028

**Remit To:** Veritext
P.O. Box 71303
Chicago IL 60694-1303

# Statement of Account

| Statement Date: 4/16/2014 | | | | Page 1 of 1 | | | | Total Balance Due: $599.80 |
|---|---|---|---|---|---|---|---|---|
| **Inv #** | **Invoice Date** | **Job #** | **Job Date** | **Caption** | **Contact** | **Type** | **Aged (Days)** | **Balance Due** |
| OC1969859 | 2/22/14 | 1807158 | 2/10/14 | Donald Wakefield vs Igor Olenicoff, Olen | Michael D. Kuznetsky | C | 53 | $599.80 |
| | | | | | | | **TOTAL:** | $599.80 |

| Current | 31-60 Days | 61-90 days | >90 days | Total |
|---|---|---|---|---|
| $0.00 | $599.80 | $0.00 | $0.00 | $599.80 |

---

Make check payable to:

**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

VISA, MASTERCARD &
AMERICAN EXPRESS ACCEPTED

Fed. Tax ID: 20-3132569

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Michael D. Kuznetsky
Kuznetsky Law Group, P.C.
6565 Sunset Boulevard
Suite 311
Hollywood, CA 90028-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Jeff Barnes, jbarnes@depo.com

ABI'S Federal ID No.: 95-4189037

| | |
|---|---|
| Setting Firm: | Kuznetsky Law Group, P.C. |
| Taking Attorney: | Michael D. Kuznetsky |
| Case Name: | John Raimondi vs Igor Olenicoff |
| Case No.: | SACV12-2094-AG(RnBx) |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

| INVOICE NO. | A70B3BA AA |
|---|---|
| FIRM NO. | 1236310 |
| INVOICE DATE | 02/12/2014 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Reporter's transcript of the deposition of Igor Olenicoff, taken 1/29/2014. | $ 1,173.10 |
| SERVICE FEES | $ 8.80 |
| PAYMENT | - 1,181.90 |
| BALANCE DUE | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - - - - Fold and tear at this perforation, then return stub with payment. - - - - - - - - - - -

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | A70B3BA AA |
| FIRM NO. | 1236310 |

From:  Michael D. Kuznetsky
Kuznetsky Law Group, P.C.
6565 Sunset Boulevard
Suite 311
Hollywood, CA 90028-

For:  Reporter's transcript of the deposition of Igor Olenicoff, taken 1/29/2014.

Remit To:  Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**KUZNETSKY LAW GROUP, P.C.** 10-10
10 UNIVERSAL CITY PLAZA, SUITE 2000
UNIVERSAL CITY, CA 91608
(818) 753-2450

**CITY NATIONAL BANK**
UNIVERSAL CITY 818-487-1040
4605 LANKERSHIM BLVD
N HOLLYWOOD, CA 91602
16-1608/1220

1580

March 28, 2014

PAY TO THE
ORDER OF   *Peregrine Realty Partners*                    $ 1,187.50

— One-Thousand One-Hundred Eighty-Seven Dollars + 50/00                    DOLLARS

MEMO *Expert Deposition re Wakefield/Raimondi v. Obrico*
*Bradley Lofgren*

_____
AUTHORIZED SIGNATURE

---

KUZNETSKY LAW GROUP, P.C. 10-10                    1580

KUZNETSKY LAW GROUP, P.C. 10-10                    1580

LMP100    M/P CHECK

51N312/39290

WITNESS FEES – L.R. 54-3.6

<u>Witness Fees – L.R. 54-3.6</u>

10/22/13      Emily Keller – (Split Between Wakefield Case
8:12-cv-02077-AG-RNB and John Raimondi
v. Igor Olenicoff, et al. Case –
8:12-cv-02094-AG-RNB – Only Witness Fee
portion of bill $50.65 + 5.07 = $55.72 of total
bill ($230.72) apply.
Therefore ½ of $44.72 =                       $   27.86

5/8/14      Emily Keller – (Split Between Wakefield Case
8:12-cv-02077-AG-RNB and John Raimondi
v. Igor Olenicoff, et al. Case –
8:12-cv-02094-AG-RNB – Only Witness Fee
portion of bill $61.28 + 6.13 = $67.41 of total
bill ($207.41) apply.
Therefore ½ of $67.41 =                       <u>33.70</u>

                TOTAL UNDER L.R. 54-3.6    $   61.56



# TRI-COUNTY ATTORNEY SERVICE

Attention: Michael
KUZNETSKY* LAW GROUP
6565 SUNSET BOULEVARD SUITE 311
Hollywood CA  90028

| Tuesday October 22, 2013 | *INVOICE* | KUZN.41512 |
| --- | --- | --- |

Client Matter #:  none given; e-mail
Case #:  SACV12-2094-AG(RNBx)
Court:  United States District Court
Title:  Raimondi, John vs. Olenicoff, Igor
Documents:  Subpoena To Testify At A Deposition In A Civil Action

| Date | Description | Amount |
| --- | --- | --- |
| 10/22/13 07:30PM | Personal Service: EMILY KELLER, AT Home 340 16th Place #A COSTA MESA, CA 92627, Served By: ALAN THOMAS. | |
| 10/22/13 | RUSH CHARGE | 50.00 |
| 10/22/13 | Statewide Process Service | 125.00 |
| 10/22/13 | Advance Witness Fees  Check Number: 5555 | 50.65 |
| 10/22/13 | Advance Fee Charge (10% of Advance - $3.00 Min.) | 5.07 |
| 12/06/13 | Payment, Check Number: CC, Thank You! | -230.72 |

**PLEASE PAY FROM THIS INVOICE**                                   0.00
   **INCLUDE INVOICE NUMBER**
     **(Top Right) ON CHECK**
**THANK YOU FOR YOUR BUSINESS**



# TRI-COUNTY ATTORNEY SERVICE

Attention: Michael
KUZNETSKY* LAW GROUP
6565 SUNSET BOULEVARD SUITE 311
Hollywood CA  90028

| Thursday May 08, 2014 | *INVOICE* | KUZN.42429 |
|---|---|---|

Client Matter #:  none given; e-mail
Case #:  SACV12-2077-AG(RNBx)
Court:  United States District Court
Title:  Wakefield, Donald vs. Olenicoff, Igor
Documents:  CIVIL SUBPENA FOR PERSONAL APPEARANCE AT TRIAL OR HEARING

| Date | Description | Amount |
|---|---|---|
| 05/08/14 11:35AM | Personal Service: EMILY ANNEMARIE KELLER, AT Home 340 16th Place #A  COSTA MESA, CA  92627, Served By: ALAN THOMAS. | |
| 05/08/14 | RUSH CHARGE | 50.00 |
| 05/08/14 | Service Of Process | 90.00 |
| 05/08/14 | Advance Witness Fees  Check Number: 5555 | 61.28 |
| 05/08/14 | Advance Fee Charge (10% of Advance - $3.00 Min.) | 6.13 |
| 06/26/14 | Payment, Check Number: CC, Thank You! | -207.41 |

**PLEASE PAY FROM THIS INVOICE**               0.00
**INCLUDE INVOICE NUMBER**
**(Top Right) ON CHECK**
**THANK YOU FOR YOUR BUSINESS**

CERTIFICATION, EXEMPLIFICATION AND REPRODUCTION
OF DOCUMENT FEES – L.R. 54-3.10

# Color Photocopy Log
## *NOTE: 11x17 copies count as 2 (8 ½ x 11) copies

| Date | Matter ID | # Copies | Initials | Description |
|------|-----------|----------|----------|-------------|
| 4/3/14 | 11550-001 | 42 | CMM | Exhibits |
| | | | | |
| 4/9/14 | 11550-001 | 28 | mw | Trial Exhibits |
| | | | | |
| 4/10/14 | 11550-001 | 21 | mw | Trial Exhibits |
| | | | | |
| 4/17/14 | 11550-001 | 4 | mw | Exhibit to Brock and Declaration |
| | | | | |
| 4/25/14 | 11550-001 | 10 | mw | Possible Trial Exhibits |
| | | | | |
| 4/29/14 | 11550-001 | 5 | mw | copies of possible Illustrative Exhibits for trial |
| 4/30/14 | 11550-001 | 55 | mw | Trial Exhibits |

# Color Photocopy Log
## *NOTE: 11x17 copies count as 2 (8 ½ x 11) copies

| Date | Matter ID | # Copies | Initials | Description |
|------|-----------|----------|----------|-------------|
| 4/30/14 | 11550·001 | 42 | OHu | TRIAL EXHIBITS |
| 4/30/14 | 11500·001 | 201 | MW | Trial Exhibits |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |