UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Donald Wakefield**, | Case No. SACV 12-02077 AG (RNBx) |
| Plaintiff, | **AMENDED JUDGMENT** |
| v. | |
| **Igor Olenicoff and Olen Properties Corp.**, | |
| Defendants. | |

The Court enters judgment for Plaintiff and against Defendants in the amount of $450,000. This judgment incorporates and supplements the injunctive order previously entered against Defendants. (Dkt. No. 132.)

Dated June 5, 2017

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT