UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   8:12–cv–02077–AG–RNB       Date   1/22/2018

Title    DONALD WAKEFIELD V. IGOR OLENICOFF ET AL

Present:   The Honorable   Andrew J. Guilford  , U. S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Michael Kuznetsky | William Buus |
| | Julie Ault |

**Proceedings:   PLAINTIFF DONALD WAKEFIELDS MOTION FOR SANCTIONS AGAINST DEFENDANTS IGOR OLENICOFF AND OLEN PROPERTIES CORP [DKT 20 IN 17–1147, DKT 177 IN 12–2077]**

Cause is called for hearing and counsel make their appearances. Court and counsel confer re settlement talks. At the request of counsel, the motion is continued to February 5, 2017 at 10:00 a.m.

:10

Initials of Preparer:  lb