UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 12-02077 AG (RNBx) consol with SACV 17-01147 AG (DFMx) | Date | January 31, 2018 |
|---|---|---|---|
| Title | DONALD WAKEFIELD v. IGOR OLENICOFF ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER GRANTING CONTINUANCE**

The parties jointly ask the Court to continue the hearing on Plaintiff's motion for sanctions. (Dkt. No. 182.) Finding good cause for the requested continuance, the Court GRANTS the request to continue. (Dkt. No. 182.) The Court VACATES the hearing set for February 5, 2018 and SETS the hearing on Plaintiff's motion for sanctions on **February 12, 2018 at 10:00 A.M.** Since this is the third time the parties have asked the Court to continue the hearing, it will be difficult for the parties to show good cause for additional continuances absent extreme circumstances.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |