Michael D. Kuznetsky, Esq., California State Bar No. 241045
mike@kuzlaw.com
KUZNETSKY LAW GROUP, P.C.
6565 Sunset Boulevard, Suite 311
Hollywood, CA 90028
(818) 753-2450, Fax: (818) 736-9099

Gene J. Brockland, Missouri State Bar No. 32770, *Pro Hac Vice*
gjb@herzogcrebs.com
HERZOG CREBS LLP
100 North Broadway, 14th Floor
St. Louis, MO 63102
(314) 231-6700, Fax: (314) 231-4656

Attorneys for Plaintiff, DONALD WAKEFIELD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IGOR OLENICOFF and OLEN PROPERTIES CORP.,<br><br>　　　　Defendants. | CASE NO.: SACV 12-2077-AG(RNBx)<br>*consol. with*: SACV 17-1147-AG(DFMx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Original Action Filed: Nov. 30, 2012<br>Second Action Filed: July 5, 2017<br>Final Pretrial Conf. April 9, 2018<br>Trial Date: April 24, 2018<br><br>Assigned to Hon. Andrew Guilford<br>Courtroom: 10D |

///

///

///

**NOTICE OF SETTLEMENT**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that this case has been settled. Within 30 days from the date of this filing the parties intend to file a stipulation for voluntary dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: February 8, 2018          KUZNETSKY LAW GROUP, P.C.

By: /s/ Michael D. Kuznetsky .
Michael D. Kuznetsky, Attorneys
for Plaintiff, DONALD WAKEFIELD

Dated: February 8, 2018          SCHIFFER & BUUS APC

By: /s/ William L. Buus .
William L. Buus, Attorneys
for Defendants, IGOR OLENICOFF and OLEN PROPERTIES CORP.

KUZNETSKY LAW GROUP
P.C.
6565 Sunset Boulevard, Suite 311
Hollywood, California 90028
(818) 753-2450

1
**NOTICE OF SETTLEMENT**

CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing document described as **NOTICE OF SETTLEMENT** with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on February 8, 2018.

    Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

    Executed on February 8, 2018 at Los Angeles, California.

                    /s/ *Michael D. Kuznetsky*