Michael D. Kuznetsky, Esq., California State Bar No. 241045
mike@kuzlaw.com
KUZNETSKY LAW GROUP, P.C.
6565 Sunset Boulevard, Suite 311
Hollywood, CA 90028
(818) 753-2450, Fax: (818) 736-9099

Gene J. Brockland, Missouri State Bar No. 32770, *Pro Hac Vice*
gjb@herzogcrebs.com
HERZOG CREBS LLP
100 North Broadway, 14th Floor
St. Louis, MO 63102
(314) 231-6700, Fax: (314) 231-4656

Attorneys for Plaintiff, DONALD WAKEFIELD

KUZNETSKY LAW GROUP P.C.
6565 Sunset Boulevard, Suite 311
Hollywood, California 90028
(818) 753-2450

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

DONALD WAKEFIELD,

Plaintiff,

v.

IGOR OLENICOFF and OLEN PROPERTIES CORP.,

Defendants.

CASE NO.: SACV 12-2077-AG(RNBx)
*consol. with*: SACV 17-1147-AG(DFMx)

**STIPULATION OF VOLUNTARY DISMISSAL OF ACTION [Fed.R.Civ.P. 41(a)(1)(A)(ii)]**

Original Action Filed: Nov. 30, 2012
Second Action Filed: July 5, 2017
Final Pretrial Conf. April 9, 2018
Trial Date: April 24, 2018

Assigned to Hon. Andrew Guilford
Courtroom: 10D

///

///

///

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff DONALD WAKEFIELD, and Defendants IGOR OLENICOFF and OLEN PROPERTIES CORP. (collectively "Defendants"), by and through their respective undersigned counsel of record, hereby stipulate to the voluntary dismissal, with prejudice, of all remaining, un-adjudicated claims of the above-captioned consolidated actions.

Each party shall bear their own attorneys' fees, expenses and costs.

Dated: February 13, 2018

KUZNETSKY LAW GROUP, P.C.

By: /s/ Michael D. Kuznetsky .
Michael D. Kuznetsky, Attorneys for Plaintiff, DONALD WAKEFIELD

Dated: February 13, 2018

SCHIFFER & BUUS APC

By: /s/ William L. Buus .
William L. Buus, Attorneys for Defendants, IGOR OLENICOFF and OLEN PROPERTIES CORP.

KUZNETSKY LAW GROUP P.C.
6565 Sunset Boulevard, Suite 311
Hollywood, California 90028
(818) 753-2450

KUZNETSKY LAW GROUP P.C.
6565 Sunset Boulevard, Suite 311
Hollywood, California 90028
(818) 753-2450

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document described as **STIPULATION OF VOLUNTARY DISMISSAL OF ACTION; [PROPOSED] ORDER** with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on February 13, 2018.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed on February 13, 2018 at Los Angeles, California.

/s/ *Michael D. Kuznetsky*