# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>    Plaintiff,<br><br>  v.<br><br>IGOR OLENICOFF and OLEN PROPERTIES CORP.,<br><br>    Defendants. | CASE NO.:  SACV 12-2077-AG(RNBx)<br>*consol. with*: SACV 17-1147-AG(DFMx)<br><br>**ORDER RE:**<br>**STIPULATION OF VOLUNTARY**<br>**DISMISSAL OF ACTION**<br>**[Fed.R.Civ.P. 41(a)(1)(A)(ii)]**<br><br>Original Action Filed:  Nov. 30, 2012<br>Second Action Filed:   July 5, 2017<br>Final Pretrial Conf.     April 9, 2018<br>Trial Date:                April 24, 2018<br><br>Assigned to Hon. Andrew Guilford<br>Courtroom: 10D |

Pursuant to the stipulation of the parties, all remaining, un-adjudicated claims of the above-entitled consolidated actions are hereby dismissed with prejudice. Each party shall bear their own attorneys' fees, expenses and costs.

IT IS SO ORDERED.

Dated: February 13, 2018

_____
Hon. Andrew J. Guilford
United States District Court

**ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL OF ACTION**