UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 12-02077 AG (RNBx) <br> SACV 17-01147 AG (DFMx) | Date | March 14, 2018 |
|---|---|---|---|
| Title | DONALD WAKEFIELD v. IGOR OLENICOFF ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

**Proceedings:** **[IN CHAMBERS] ORDER SETTING STATUS CONFERENCE**

On February 13, 2018, the parties stipulated to dismiss all claims remaining in this case, which the Court granted. Since then, the Court received a letter from Plaintiff Donald Wakefield, dated February 26, 2018. In the letter, Wakefield expresses various concerns.

Wakefield's direct communication with the Court is improper, especially since he is represented by an attorney in this case. At any rate, the Court SETS this matter for a status conference on **April 2, 2018, at 9:00 a.m.** The Court ORDERS Wakefield, Wakefield's attorney, and Defendants' attorney to appear at the hearing. If Wakefield's attorney speaks to his client and finds that a conference would be unnecessary, counsel may file a motion to that effect, asking the Court to vacate the hearing.

_____ : 0

Initials of Preparer   lmb