Michael D. Kuznetsky, Esq., California State Bar No. 241045
mike@kuzlaw.com
KUZNETSKY LAW GROUP, P.C.
6565 Sunset Boulevard, Suite 311
Hollywood, CA  90028
(818) 753-2450, Fax:  (818) 736-9099

Gene J. Brockland, Missouri State Bar No. 32270, *pro hac vice*
gjb@herzogcrebs.com
HERZOG CREBS LLP
100 North Broadway, 14th Floor
St. Louis, MO 63102
(314) 231-6700, Fax: (314) 231-4656

Attorneys for Plaintiff Donald Wakefield

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>IGOR OLENICOFF and OLEN PROPERTIES CORP.,<br><br>    Defendants | CASE NO.: SACV 12-2077-AG(RNBx)<br>*consol. with* SACV 17-1147-AG(DFMx)<br><br>**MOTION TO VACATE STATUS CONFERENCE**<br><br>Date:              April 2, 2018<br>Time:             9:00 a.m.<br>Courtroom:     10D<br><br>Assigned to Hon. Andrew Guilford<br>Courtroom: 10D |

///

///

///

1

1     COME NOW Gene J. Brockland and Michael Kuznetsky, attorneys for Plaintiff Donald

2 Wakefield herein, and move to vacate the hearing set by the Court for April 2, 2018 at 9:00 a.m.

3 pursuant to the Court's Order dated March 14, 2018 (Dkt. 188 / 26).  In support of this Motion,

4 counsel states that Mr. Brockland has spoken with Mr. Wakefield and Mr. Wakefield states that

5 it is not necessary for the Court to hold a hearing concerning the matters he raised in his letter

6 dated February 26, 2018, which he mailed directly to the Court.

7

8 Date:   March 22, 2018          By:     /s/ Gene J. Brockland

9                       Gene J. Brockland, *pro hac vice*
                      Herzog Crebs LLP

10                       100 North Broadway, 14th Floor
                      St. Louis, MO  63102

11                             and

12                       Michael D. Kuznetsky

13                       Kuznetsky Law Group
                      6565 Sunset Boulevard, Suite 311

14                       Hollywood, CA  90028
                      mike@kuzlaw.com

15                       Telephone (818) 753-2450

16                       Attorneys for Plaintiff

17

18                  CERTIFICATE OF SERVICE

19     I hereby certify that I electronically filed the foregoing documents described as Plaintiff's

20 **MOTION TO VACATE STATUS CONFERENCE and [PROPOSED] ORDER** with the
Clerk of the Court for the United States District Court for the Central District of California by
using the CM/ECF system on March 22, 2018.

21     Participants in the case who are registered CM/ECF users will be served by the CM/ECF

22 system.

23     Executed on March 22, 2018 at Los Angeles, California.

24

25                  /s/ Michael D. Kuznetsky

p:\11500\11550\wakefield ii - pleadings (7-6-17)\motion to vacate - 3-21-18.docx

26

27

28

2

MOTION TO VACATE                 SACV 12-2077-AG(RNBx)
MOTION TO VACATE                 SACV 17-1147-AG(DFMx)