UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IGOR OLENICOFF and OLEN PROPERTIES CORP.,<br><br>　　　　　Defendants. | CASE NO.:　SACV 12-2077-AG(RNBx)<br>*consol. with*:　SACV 17-1147-AG(DFMx)<br><br>**ORDER RE: APPLICATION TO VACATE STATUS CONFERENCE**<br><br>Date:　　　　April 2, 2018<br>Time:　　　　9:00 a.m.<br>Courtroom:　　10D<br><br>Assigned to Hon. Andrew Guilford<br>Courtroom: 10D |

　　　Having considered Plaintiff's "Motion to Vacate Status Conference", and for GOOD CAUSE appearing, it is hereby ordered, adjudged and decreed that Plaintiff's Motion is GRANTED.

　　　The Status Conference set for April 2, 2018 at 9:00 a.m. in Courtroom 10D is hereby VACATED.

　　　IT IS SO ORDERED.

　　　Dated: March 23, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Andrew J. Guilford