AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court, Central District of California<br>Western Division - Spring Street Courthouse<br>312 N. Spring Street, Los Angeles, CA 90012 | |
|---|---|---|
| DOCKET NO.<br>SACV12-2077 AG | DATE FILED<br>11/30/2012 | |
| PLAINTIFF<br>DONALD WAKEFIELD<br>SACV12 2077 | DEFENDANT<br>IGOR OLENICOFF, OLEN PROPERTIES CORP., and DOES 1 through 10, inclusive, | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  VAu001072468 | Untitled | Donald Wakefield and Joseph Glickman |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED<br>02/08/2018 |
|---|---|---|
| CLERK<br>Kiry K. Gray | (BY) DEPUTY CLERK<br>E. Synagogue | DATE<br>04/24/2020 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Case No. | SACV 12-2077-AG(RNBx)consol with SACV 17-1147-AG(DFMx) | Date | February 8, 2018 |
|---|---|---|---|
| Title | DONALD WAKEFIELD v IGOR OLENICOFF, ET AL | | |

Present: The Honorable  ANDREW J. GUILFORD, U.S. DISTRICT COURT JUDGE

| Lisa Bredahl | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] ORDER STAYING ACTION PENDING FINAL SETTLEMENT AND REMOVING CASE FROM ACTIVE CASELOAD

On February 8, 2018, counsel for plaintiff filed a "Notice of Settlement". The Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right, upon good cause shown, to reopen the action if settlement is not consummated. Counsel shall file settlement documents and/or a dismissal with this Court by March 16, 2018. The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action. All hearing dates and deadlines in this matter are ordered VACATED.

0 : 0

Initials of Preparer: lmb