Julie A. Ault, Esq. (Bar No. 186914)
Kaelee M. Gifford, Esq. (Bar No. 303533)
7 Corporate Plaza
Newport Beach, CA 92660
Tel.:  (949) 719-7212
Fax:   (949) 719-7210
Email: jault@olenproperties.com

Spencer M. Sax
Sachs Sax Caplan, P.C.
6111 Broken Sound Parkway NW, Suite 200
Boca Raton, Florida 33487
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>           Plaintiff,<br><br>     vs.<br><br>IGOR OLENICOFF, OLEN PROPERTIES CORP., and Does 1 through 10 inclusive,<br><br>           Defendants. | ) CASE NO.  12-CV-02077-AG-RNB<br>)<br>)<br>) **DEFENDANT'S NOTICE OF**<br>) **ERRATA**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    Defendant Olen Properties Corp. respectfully submits this errata in order to correct an inadvertent error. On November 1, 2021, Defendant inadvertently filed an Application of Non-Resident Attorney, Spencer M. Sax to Appear in a Specific Case Pro Hac Vice ("Application"). However, this Application was filed in the instant closed case

rather than the current, active case.  As such, Defendant hereby withdraws the

Application from the instant case and apologies to the Court for the error.

Dated this 3rd day of November, 2021.	Respectfully Submitted,

/s Julie A. Ault
7 Corporate Plaza
Newport Beach, CA 92660
Tel.:  (949) 719-7212
Fax:  (949) 719-7210